IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:06CR134 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN J. GRIMALDO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On October 28, 2011, the defendant appeared with counsel for a hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 45). Defendant was present and represented by Richard H. McWilliams. Plaintiff was represented by Christopher Ferretti, Assistant United States Attorney. The defendant admitted Allegation No. 1 in the petition, and the Court found the defendant to be in violation of conditions of his supervised release.

The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 24 months, to run concurrently with his state sentence. The Nebraska Department of Corrections shall be designated as the defendant's place of confinement.

2) That upon completion of the defendant's incarceration, no further term of supervised release is imposed.

3) Upon motion of the government, Allegation No. 2 of the Petition for Warrant or Summons for Offender Under Supervision is dismissed.

DATED this 28th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.


_____Signature of Defendant


**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.


_____            _____
                                                   UNITED STATES WARDEN

                                              By:  _____


**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.


_____            _____
                                                   UNITED STATES WARDEN

                                              By:  _____